UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-21817-CIV-FAM

ELDER LEOPOLDO GARCIA ROBLES,         )
JAIRO OVIDIO GARCIA ROBLES, FREDY )
OTONIEL VALLADARES LOPEZ a/k/a        )
ALEXANDRO BARRIOS, and all others     )
similarly situated under 29 U.S.C. 216(b), )
                                                                    )
                                                                    )
            Plaintiff,                                        )
    vs.                                                         )
                                                                    )
ACEBO ROOFING CORP.,                          )
PEDRO L ACEBO,                                      )
OCTAVIO E ACEBO,                                  )
                                                                    )
            Defendants.                                  )
_____)

## PLAINTIFFS' STATEMENT OF CLAIM

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

**ELDER LEOPOLDO GARCIA ROBLES**
**Federal Overtime Claim (5/20/13-5/6/16):**
Amount of half time per hour not compensated: $8
Weeks: 154
Overtime hours per week: 20
Total wages unpaid and liquidated damages: $24,640 X 2 = $49,280

**JAIRO OVIDIO GARCIA ROBLES**
**Federal Overtime Claim (5/20/13-5/6/16):**
Amount of half time per hour not compensated: $10
Weeks: 154
Overtime hours per week: 20
Total wages unpaid and liquidated damages: $30,800 X 2 = $61,600

**FREDY OTONIEL VALLADARES LOPEZ a/k/a ALEXANDRO BARRIOS**
**Federal Overtime Claim (5/20/13-5/6/16):**
Amount of half time per hour not compensated: $10
Weeks: 154
Overtime hours per week: 20
Total wages unpaid and liquidated damages: $30,800 X 2 = $61,600

Attorney fees and costs to date:
J.H. Zidell, Esq. - 1.5 hours X $390.00 per hour = $585
K. David Kelly, Esq. – .7 hours X $350.00 per hour = $245
Rivkah Jaff, Esq. – .5 hours X $260.00 per hour = $130

*Plaintiffs seek all fees and costs under the FLSA.
**Plaintiffs reserve the right to seek time and one half damages for any completely unpaid overtime hours based on the evidence adduced in discovery.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
BY:____/s/ K. David Kelly_____
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 5/26/16 TO:**

**ALL CM/ECF RECIPIENTS**

**DEFENDANTS HAVE NOT YET APPEARED**

BY:____/s/ K. David Kelly_____
**K. DAVID KELLY, ESQ.**