UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-21817-CIV-FAM

ELDER LEOPOLDO GARCIA ROBLES,
JAIRO OVIDIO GARCIA ROBLES, FREDY
OTONIEL VALLADARES LOPEZ a/k/a
ALEXANDRO BARRIOS, and all others
similarly situated under 29 U.S.C. 216(b),

         Plaintiff,
vs.

ACEBO ROOFING CORP.,
PEDRO L ACEBO,
OCTAVIO E ACEBO,

         Defendants.
_____

## PLAINTIFFS' AMENDED STATEMENT OF CLAIM

      Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

**ELDER LEOPOLDO GARCIA ROBLES[1]**
**Should the Jury determine that Plaintiff was paid $20/hr. per Plaintiff's paystubs produced to Defendants and currently in Plaintiff's counsel's possession:**
**Federal Overtime Claim (5/1/14-5/6/16):**
Amount of time-and-a-half overtime per hour not compensated: $30
Weeks: 105
Overtime hours per week: 20
Total wages unpaid and liquidated damages: $63,000 X 2 = $126,000

**In the alternative, should the Jury determine that Plaintiff was paid a day rate (based on an average of $100/day):**
**Federal Overtime Claim (5/1/14-5/6/16):**
Amount of half time per hour not compensated: $5
Weeks: 105
Overtime hours per week: 20
Total wages unpaid and liquidated damages: $10,500 X 2 = $21,000

---

[1] There was a scrivener's error in Plaintiffs' Statement of Claim that is corrected herein with regards to the time period being claimed as to Plaintiff Elder Leopoldo Garcia Lopez.

**JAIRO OVIDIO GARCIA ROBLES**
**Should the Jury determine that Plaintiff was paid $20/hr. per Plaintiff's paystubs produced to Defendants and currently in Plaintiff's counsel's possession:**
**Federal Overtime Claim (5/20/13-5/6/16):**
Amount of time-and-a-half overtime per hour not compensated: $30
Weeks: 154
Overtime hours per week: 20
Total wages unpaid and liquidated damages: $92,400 X 2 = $184,800.00

**In the alternative, should the Jury determine that Plaintiff was paid a day rate (based on an average of $130/day):**
**Federal Overtime Claim (5/20/13-5/6/16):**
Amount of half time per hour not compensated: $6.5
Weeks: 154
Overtime hours per week: 20
Total wages unpaid and liquidated damages: $20,020 X 2 = $40,040

**FREDY OTONIEL VALLADARES LOPEZ a/k/a ALEXANDRO BARRIOS**
**Should the Jury determine that Plaintiff was paid $20/hr. per Plaintiff's paystubs produced to Defendants and currently in Plaintiff's counsel's possession:**
**Federal Overtime Claim (5/20/13-5/6/16):**
Amount of time-and-a-half overtime per hour not compensated: $30
Weeks: 154
Overtime hours per week: 20
Total wages unpaid and liquidated damages: $92,400 X 2 = $184,800.00

**In the alternative, should the Jury determine that Plaintiff was paid a day rate (based on an average of $100/day):**
**Federal Overtime Claim (5/20/13-5/6/16):**
Amount of half time per hour not compensated: $6.5
Weeks: 154
Overtime hours per week: 20
Total wages unpaid and liquidated damages: $20,020 X 2 = $40,040

*Plaintiffs seek all fees and costs under the FLSA.
**Plaintiffs reserve the right to seek time and one half damages for any *additional* completely unpaid overtime hours based on the evidence adduced in discovery.
***Plaintiffs reserve the right to claim the higher of the two calculations and in no way waive said rights.
****Plaintiffs were not paid for Plaintiffs' entire last day of work and Defendants remain owing Plaintiffs their wages for said day. Plaintiffs reserve their right to seek said wages including liquidated damages.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 9/28/16 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:___/s/___Rivkah Jaff_____**
**RIVKAH JAFF, ESQ.**