UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 16-21817-CIV-MORENO

ELDER LEOPOLDO GARCIA ROBLES; JAIRO
OVIDIO GARCIA ROBLES; et al.,

        Plaintiffs,

vs.

ACEBO ROOFING CORP.; PEDRO L. ACEBO;
and OCTAVIO E. ACEBO,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable John J. O'Sullivan, United States Magistrate Judge for a Report and Recommendation on Defendants' Motion for Summary Judgment, filed on **December 6, 2016**. The Magistrate Judge filed a Report and Recommendation **(D.E. 51)** on **March 7, 2017**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge John O'Sullivan's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendants' Motion for Summary Judgment is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th of March 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge John J. O'Sullivan

Counsel of Record